UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JARRELL D. PEREZ,<br><br>        Plaintiff,<br><br>  -against-<br><br>N.Y.C. CORRECTION COMMISSIONER LOUIS MOLINA,<br><br>        Defendant. | 23-CV-0801 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  By order dated June 20, 2023, the Court granted Plaintiff 60 days' leave to file an amended complaint. On July 6, 2023, the Court received a letter from Plaintiff updating his address and requesting an extension of time to file his amended complaint. The Court grants Plaintiff's request and extends the time for him to file his amended pleading to 60 days from the date of this order.

SO ORDERED.

Dated: July 7, 2023
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
                Chief United States District Judge