```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JARRELL D. PEREZ,

      Plaintiff,

-against-

LOUIS MOLINA, et al.,

      Defendants.

23-CV-801 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff's deadline to submit a letter providing more detailed descriptions of Captain Mulbrav, Captain Smith, and Captain Shaw, in order to assist the Law Department and the DOC in identifying them, was April 11, 2024. *See* Order dated April 5, 2024 (Dkt. 23) at 1.

The deadline has passed, but plaintiff has not filed a letter with detailed descriptions as outlined in the Court's April 5 Order. In light of plaintiff's *pro se* and incarcerated status, the Court, on its own motion, EXTENDS his deadline to file such a letter until **April 30, 2024**. No further extension of this deadline will be granted. Plaintiff is reminded that this case cannot move forward against Captain Mulbrav, Captain Smith, or Captain Shaw without additional information from plaintiff. As to each of these defendants, plaintiff should provide detailed descriptions, including:

(1) the **first name** and **badge number** of each of these defendants, if known;

(2) **when** (exact date and approximate time of day) the plaintiff interacted with each defendant;

(3) **where** (specifically) he interacted with them;

(4) **how** each defendant approached or interacted with him; and

(5) a **physical description** of each defendant (including approximate height and weight, gender, and skin, eye, and hair color).

Within **30 days** after plaintiff provides this information, the Law Department and the DOC shall identify the defendants whom plaintiff seeks to sue here, if possible, and either list the address(es) where these defendants may be served, or state whether the DOC waives service on their behalf.

Dated: New York, New York
April 16, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**