```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/29/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JARRELL D. PEREZ,

        Plaintiff,

-against-

LOUIS MOLINA, et al.,

        Defendants.

23-CV-801 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

In a letter dated April 7, 2024 (and filed on April 18, 2024), plaintiff Jarrell D. Perez submitted detailed descriptions of the three officers or employees of the New York City Department of Corrections (DOC) whom he seeks to sue. (Dkt. 25.) Pursuant to this Court's April 5, 2024 and April 16, 2024 orders, the Law Department and the DOC were required, within 30 days of plaintiff providing the descriptions, to identify the defendants and "either list the address(es) where these defendants may be served, or state whether the DOC waives service on their behalf." (Dkts. 23, 24.) On May 21, 2024, the Law Department identified the three individuals, but stated that counsel was "still awaiting a response from DOC indicating whether they will be waiving or otherwise accepting service on behalf of these individuals." (Dkt. 26.)

It is hereby ORDERED that, no later than **June 5, 2024**, the Law Department and the DOC must either provide the address(es) where the three identified individuals may be served, or state whether the DOC waives service on their behalf.

Dated: New York, New York
      May 29, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**