UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/12/2024

JARRELL D. PEREZ,

            Plaintiff,

  -against-

LOUIS MOLINA, et al.,

           Defendants.

23-CV-801 (JHR) (BCM)

**SCHEDULING ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On June 12, 2024, the parties appeared by telephone for a status conference. For the reasons discussed during the conference, it is hereby ORDERED as follows:

1.     Plaintiff must mail his signed responses to defendants' written discovery requests, as well as his notarized releases and authorizations, directly to defendants' counsel Mamoon Saleemi, Esq., no later than **today**. Plaintiff need not notarize his interrogatory responses so long as he signs them, dates them, and affirms, under penalty of perjury, that his answers are true and correct. As to any remaining releases and authorizations (that plaintiff had not yet signed before a notary), plaintiff shall do so as promptly as possible, and then immediately mail them directly to defendants' counsel, notarized.

2.     No later than **June 18, 2024**, defendants must file a letter advising the Court whether the Department of Corrections (DOC) will waive service upon defendants Mulgrav, Smith, and Shaw (along with the waivers, if any). If the DOC is unwilling to waive service on behalf of defendant Shaw, defendants must provide, in the same letter, defendant Shaw's last-known home address so that the Marshals can effect service. Defendant's motion at Dkt. 29 is GRANTED to the extent that the Law

Department and the DOC may have until June 18, 2024, to comply with this Court's May 29, 2024 order (Dkt. 27) with respect to defendant Shaw.

3. No later than **June 21, 2024**, defendants shall serve their responses to plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents.

4. Judge Moses will hold a status conference on **August 6, 2024, at 10:00 a.m.**, via teleconference. The parties must dial (888) 557-8511 and enter the access code 7746387 a few minutes before the scheduled time. No later than **July 30, 2024**, defendants must, after conferring with plaintiff, file a status letter outlining the progress of discovery to date.

The Clerk of Court is directed to close the motion at ECF No. 29.

Dated: New York, New York
      June 12, 2024

**SO ORDERED**.

_____

**BARBARA MOSES**
**United States Magistrate Judge**