```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/6/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JARRELL D. PEREZ,

        Plaintiff,

-against-

LOUIS MOLINA, et al.,

        Defendants.

23-CV-801 (JHR) (BCM)

**ORDER TO SUPERINTENDENT REGARDING CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    This action is scheduled for a status conference on **October 22, 2024, at 10:00 a.m.**

    It is hereby **ORDERED** that the Superintendent or other official in charge of the Franklin Correctional Facility produce plaintiff JARREL D. PEREZ, Inmate No. 23B2101, on **October 22, 2024**, no later than **9:45 a.m.**, to a suitable location within the Franklin Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendant's counsel. The parties shall dial (888) 557-8511 and enter the access code 7746387 a few minutes before the scheduled time.

    Defendants' counsel must: (1) send this Order to the Superintendent immediately; (2) contact Franklin Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) confirm that plaintiff has joined the telephone conference ten minutes before the time and date of the conference.

    If the scheduled time and date presents a hardship, the Superintendent or the Superintendent's designee should promptly inform chambers by calling Courtroom Deputy Tamika Kay at (212) 805-0228.

Dated: New York, New York
       August 6, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**