```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JARRELL D. PEREZ,

        Plaintiff,

  -against-

LOUIS MOLINA, et al.,

        Defendants.

23-CV-801 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      The Court has received the U.S. Marshals Service's Process Receipt and Return, dated August 22, 2024, stating that "Captain Shaw, Badge #1683" was unable to be located "without a first name" and that Badge #1683 "shows no matching results." (Dkt. 46.) The Process Receipt and Return also states that service was attempted via mail on July 8, 2024, to the following address: Legal Division, New York City Department of Correction, 75-20 Astoria Blvd S, Suite 305, E. Elmhurst, NY, 11370 (Elmhurst address). No response was received by mail.

      On May 21, 2024, the Law Department identified defendant Shaw based on a description provided by plaintiff, and identified defendant Shaw's badge number as #1683. (Dkt. 26.) On June 21, 2024, the Law Department informed the Court that the DOC is unable to waive service for defendant Shaw because he is no longer actively employed, and that he can be served at the Elmhurst address. (Dkt. 36.)

      Given that service on defendant Shaw remains unexecuted, it is hereby ORDERED that, no later than **September 20, 2024**, the Law Department must provide the full name of defendant Shaw, with an accurate badge number and a valid service address, or waive service on defendant Shaw's behalf.

Dated: New York, New York
       September 13, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**