```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JARRELL D. PEREZ,

        Plaintiff,

-against-

LOUIS MOLINA, et al.,

        Defendants.

23-CV-801 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On October 22, 2024, the parties appeared by telephone for a status conference. For the reasons discussed during the conference, it is hereby ORDERED as follows:

1. Defendants must, no later than **October 25, 2024**, submit a status letter reporting (a) whether they were able to procure playable copies of the remaining videos relevant to this action; and (b) whether service on defendant Shaw was effected. In the event that service on Shaw has not been effected by that date, defendant City of New York must (as previously directed, *see* Dkt. 49) submit a sworn affidavit or declaration, made by a DOC employee with personal knowledge of the facts stated, explaining the reason(s) for that failure.

2. Once defendants have obtained playable copies of all relevant videos, they must produce the videos to plaintiff at Franklin Correctional Facility, through his counselor, and submit a status letter reporting that production to the Court (including a copy of whatever cover letter or email they sent to plaintiff's counselor).

3. The deadline to conduct plaintiff's deposition remains **November 25, 2024,** and the deadline to complete all discovery remains **December 9, 2024**. (Dkt. 52.)

4. Judge Moses will hold a status conference on **December 11, 2024, at 10:00 a.m.**, via teleconference. The parties must dial (888) 557-8511 and enter the access code 7746387 a few minutes before the scheduled time. No later than **December 4, 2024**, defendants must, after conferring with plaintiff, file a status letter outlining the progress of discovery to date.

Dated: New York, New York
       October 22, 2024

                          **SO ORDERED**.

                          _____
                          **BARBARA MOSES**
                          **United States Magistrate Judge**