USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JARRELL D. PEREZ,<br><br>    Plaintiff,<br><br>-against-<br><br>LOUIS MOLINA, et al.,<br><br>    Defendants. | 23-CV-801 (JHR) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

The parties are hereby notified that the dial-in information for the status conference scheduled for **December 11, 2024, at 10:00 a.m.** has changed.

A few minutes before 10:00 a.m., on December 11, 2024, the parties must call **(885) 244-8681**, and enter the access code **2314 181 4376#**. Defendants' counsel must promptly contact Franklin Correctional Facility to notify the appropriate official in charge of this change.

Dated: New York, New York
    December 3, 2024

               **SO ORDERED.**

               _____
               **BARBARA MOSES**
               **United States Magistrate Judge**