USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/10/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JARRELL D. PEREZ,

        Plaintiff,

-against-

LOUIS MOLINA, et al.,

        Defendants.

23-CV-801 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of defendants' letter to show cause, dated January 9, 2025, why they should not be sanctioned pursuant to Fed. R. Civ. P. 16(f)(1)(C), 37(b)(2), and/or 37(e) for failing to preserve and produce the Gentec footage as previously ordered. (Dkt. 68.)

    Plaintiff must submit any responding letter **no later than one week** after receiving defendants' submission.

Dated: New York, New York
       January 10, 2025

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**