USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JARRELL D. PEREZ, | |
|       Plaintiff, | 23-CV-801 (JHR) (BCM) |
| -against- | **ORDER** |
| LOUIS MOLINA, et al., | |
|       Defendants. | |

**BARBARA MOSES, United States Magistrate Judge.**

      Plaintiff brings this action against, *inter alia*, defendant Terrance Shaw (Dkt. 2), a former Department of Correction (DOC) correction officer. (Dkt. 58 ¶ 1.) On November 8, 2024, the DOC waived service on behalf of Shaw by filing a Waiver of Service of Summons Executed, signed by DOC Assistant General Counsel Howard Sterinbach (Dkt. 59), making Shaw's answer due January 7, 2025. Although January 7, 2025 has come and gone, Shaw has not appeared and has not filed an answer to the complaint.

      It is hereby ORDERED that, **no later than February 3, 2025**, defendant City of New York must submit a sworn affidavit or declaration, made by a DOC employee, providing an update as to the status of Shaw's representation in this action and response to the operative complaint.

Dated: New York, New York
       January 17, 2025            **SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**