```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  2/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JARRELL D. PEREZ,

        Plaintiff,

-against-

LOUIS MOLINA, et al.,

        Defendants.

23-CV-801 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On February 5, 2025, the parties appeared by telephone for a status conference. Plaintiff reported, among other things, that he has mailed his written response to defendants' show-cause letter (Dkt. 68), which argued that they should not be sanctioned for failing to preserve and produce certain video footage from Rikers Island. Defendants reported, among other things, that they have not yet received plaintiff's medical records from the Fishkill Correctional Facility (DOCCS) or from Jamaica Hospital. For the reasons discussed during the conference, it is hereby ORDERED as follows:

1. Defendants may reply to plaintiff's show-cause response **no later than one week** after receipt of plaintiff's letter.

2. No later than **February 14, 2025**, defendants must respond to plaintiff's settlement demand. Settlement communications should *not* be filed with the Court.

3. The deadline to complete all fact discovery (including a limited follow-up deposition of plaintiff, if necessary, once defendants receive his remaining medical records) is EXTENDED to **March 19, 2025**.

4. Judge Moses will hold a status conference on **March 24, 2025, at 12:00 p.m.**, via teleconference. The parties must dial **(855) 244-8681** and enter the access code **2314 181 4376#** a few minutes before the scheduled time. No later than **March 17, 2025**, defendants must, after conferring with plaintiff, file a letter outlining the progress of discovery to date, as well as any settlement efforts.

5. Because counsel has appeared and filed an Answer (Dkt. 75), on behalf of defendant Shaw, defendants' request that "an employee of Department of Correction ('DOC') be relieved of the obligation to provide a sworn affidavit or declaration to the Court" (Dkt. 74 at 1) is GRANTED.

Dated: New York, New York
       February 5, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**