UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JARRELL D. PEREZ,

        Plaintiff,

    -against-

LOUIS MOLINA, et al.,

        Defendants.

23-CV-801 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Defendants filed their motion for summary judgment on May 22, 2025. (Dkt. 87.) Plaintiff's deadline to file his opposition to the summary judgment motion was July 13, 2025. *See* Order dated May 29, 2025 (Dkt. 93) at 2; Order dated June 9, 2025 (Dkt. 95) at 1. That deadline has passed, but plaintiff has not filed his opposition. In light of plaintiff's pro se and incarcerated status, the Court, on its own motion, EXTENDS his deadline to file his opposition, until **August 13, 2025**. No further extension of this deadline will be granted. Defendants' reply papers, if any, must be served and filed no later than **September 3, 2025**.

Dated: New York, New York
       July 30, 2025

                                            **SO ORDERED**.

                                            **BARBARA MOSES**
                                            **United States Magistrate Judge**