```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JARRELL D. PEREZ,

         Plaintiff,

-against-

LOUIS MOLINA, et al.,

         Defendants.

23-CV-801 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of plaintiff's opposition to defendants' motion for summary judgment, mailed to the Court in two parts. (Dkts. 99, 100.) Defendants are reminded that their reply papers, if any, must be served and filed no later than **September 3, 2025**. (*See* Dkt. 96.)

Dated: New York, New York
      August 15, 2025

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**